IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Penn, Chase R | Case Number: 07 B 16816 |
|---|---|---|
| | Woods-Penn, Yavonne R | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 9/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: April 30, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,875.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,773.75 |
| Trustee Fee: | | 101.25 |
| Other Funds: | | 0.00 |
| Totals: | 1,875.00 | 1,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,600.00 | 1,773.75 |
| 2. | First American Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | First American Bank | Secured | 7,665.57 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 21,945.67 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 151.22 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,008.60 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 224.74 | 0.00 |
| 9. | First Equity | Unsecured | 185.06 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 107.81 | 0.00 |
| 11. | Wells Fargo Bank | Unsecured | 266.92 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 1,211.13 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | American Family Insurance | Unsecured | | No Claim Filed |
| 15. | Allied Interstate, Inc | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | ACL Inc | Unsecured | | No Claim Filed |
| 18. | Scholastic | Unsecured | | No Claim Filed |
| 19. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 20. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 21. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 24. | Village of Evergreen Park | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Penn, Chase R | Case Number: 07 B 16816 |
|---|---|---|
| | Woods-Penn, Yavonne R | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 9/14/07 |

|  |  |
|---|---|
| _____ | _____ |
| $ 35,366.72 | $ 1,773.75 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 101.25 |
| | _____ |
| | $ 101.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____